ROSE Z. SAFIE, Respondent, v. ELIAS A. SAFIE, Defendant. ALEJANDRO SAFIE, Appellant. (Appeal No. 1.) — In an action for separation, order denying motion of defendant-husband's father, who is the record owner of certain real property affected by a sequestration order under review, to vacate and annul the order of sequestration, modified on the law and the facts by striking therefrom the words " in all respects denied " and inserting in place thereof the following: " granted to the extent of striking from the second ordering paragraph of the sequestration order the words ' particularly the real property consisting of a single family residence located at Park Drive South, in the Town of Harrison, Westchester County, State of New York '; striking out the last ordering paragraph, and striking from the ordering paragraph immediately preceding the last ordering paragraph the words ' and it is further.' " As so modified, the order is affirmed, without costs. Whether the defendant or the appellant, his father, is the true owner of the dwelling in Harrison may not be determined summarily upon the affidavits on this motion. (*Rosenberg* v. *Rosenberg*, 259 N. Y. 338.) Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post*, p. 967.]

ROSE Z. SAFIE, Appellant, v. ELIAS A. SAFIE, Defendant, and ALEJANDRO SAFIE, Respondent. (Appeal No. 4.) — In an action by a wife against her husband and his father to set aside a conveyance of real property and the transfer of certain bonds and money as fraudulent, and for damages and other incidental relief, order denying plaintiff's motion to vacate or modify respondent-father's demand for a bill of particulars modified on the law and the facts, by striking from the first ordering paragraph the words " in all respects denied "

and substituting in lieu thereof the following: "granted to the extent of disallowing items 1, 2 and 17 of the demand," and further modified by striking from the second ordering paragraph all matter following "June 23, 1947," and substituting in lieu thereof the following: "except as above disallowed, within ten days after the completion of the examination before trial of defendant Alejandro Safie pursuant to order heretofore made, appeal from which is herewith decided." (*Safie* v. *Safie, ante,* p. 866.) As so modified, the order is affirmed, without costs. The items struck out should not have been allowed. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.